IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| FRANK MOTA-RIJO, | Case No. 3:21-cr-00012-SLG-MMS |
| Defendant. | |

## ORDER RE MOTION FOR SENTENCE REDUCTION

On May 3, 2024, Defendant Frank Mota-Rijo filed a *pro se* Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines.[1]

Mr. Mota-Rijo is not entitled to a sentencing reduction under Amendment 821. In his motion, he checks the box that seeks retroactive relief to certain defendants that were assessed zero criminal history points at sentencing. Mr. Mota-Rijo was assessed four criminal history points. *See* Docket 522 (Sealed) Presentence Report at 16.[2] Therefore, the motion at Docket 606 is DENIED.

DATED this 7th day of May 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 606.

[2] Mr. Mota-Rijo is also not eligible for a sentence reduction under the other provision of Amendment 821, which applies to those who received "status" points for being under a criminal justice sentence at the time of the offense. Mr. Mota-Rijo did not receive any status points in his criminal history calculation at sentencing. See Docket 522 at 16.